IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.

**RONALD KENNETH SANDERS**
  a/k/a "Bubba"
  a/k/a "Bubba Sanders"
  a/k/a "Bubba Ronald Sanders"
  a/k/a "Bubba Ronald Kenneth Sanders"
  _____/

**SEALED INDICTMENT**

5:20cr16-MW

THE GRAND JURY CHARGES:

### COUNT ONE

On or about December 11, 2019, in the Northern District of Florida, the defendant,

**RONALD KENNETH SANDERS,**
a/k/a "Bubba,"
a/k/a "Bubba Sanders,"
a/k/a "Bubba Ronald Sanders,"
a/k/a "Bubba Ronald Kenneth Sanders,"

did knowingly and intentionally distribute a controlled substance, and this offense involved 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

FILED USDC FLND TL
MAR 4 '20 PM3:06

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## CRIMINAL FORFEITURE

The allegation contained in Count One of this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

From his engagement in the violation alleged in Count One, punishable by imprisonment for more than one year, the defendant,

**RONALD KENNETH SANDERS,**
a/k/a "Bubba,"
a/k/a "Bubba Sanders,"
a/k/a "Bubba Ronald Sanders,"
a/k/a "Bubba Ronald Kenneth Sanders,"

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), all of his interest in:

A.   Property constituting or derived from any proceeds the defendant obtained directly or indirectly as the result of such violation.

B.   Property used in any manner or part to commit or to facilitate the commission of such violation.

If any of the property subject to forfeiture as a result of any act or omission of the defendant:

      i.      cannot be located upon the exercise of due diligence;

      ii.     has been transferred or sold to, or deposited with, a third person;

      iii.    has been placed beyond the jurisdiction of this Court;

      iv.    has been substantially diminished in value; or

      v.     has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL:

███████████████

FOREPERSON

3/4/2020
DATE

*[signature]*
LAWRENCE KEEFE
United States Attorney

*[signature]*
JAMES A. McCAIN
Assistant United States Attorney

3